# EXHIBIT "A"

Washington Professional Campus
900 Route 168, Suite F-3
Turnersville, New Jersey 08012
(856)232-5559
By: Mark S. Nathan, Esquire
Attorney I.D. No. 019691985
Attorney for Plaintiff

| | |
|---|---|
| ARTHUR THOMPSON and DIANE THOMPSON, his wife | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY LAW DIVISION |
| Plaintiffs, | |
| v. | DOCKET NO. L-3188-17 |
| GREYHOUND LINES, INC.; JOHN/JANE DOES 1-10, Fictitious Persons; and ABC CORPORATIONS 1-10, Fictitious Corporations, j/s/a, | Civil Action |
| Defendants. | SUMMONS |

From the State of New Jersey to the
Defendant(s) named above:      **GREYHOUND LINES, INC.**

The Plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey,  The Complaint attached to this Summons states the basis for this lawsuit.  If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date your received it. (The address of each deputy clerk of the Superior Court is provided).  If the Complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, New Jersey 08625.  A filing fee*payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.  You must also send a copy of your answer or motion to the Plaintiff's attorney whose name and address appear above, or to the Plaintiff, if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief Plaintiff demands, plus interest and costs of suit.  If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live.  A lost of these offices is provided.  If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.  A list of these number is also provided.

                                                *s/Michelle M. Smith*
                                                MICHELLE M. SMITH, ESQUIRE
Dated: August 21, 2017                          Acting Superior Court Clerk

Name of the Defendant to be served:      GREYHOUND LINES, INC.
Address of the Defendant to be served:   350 North Saint Paul Street, Suite 300, Dallas, TX

*$175.00 for Chancery Division Cases and Law Division Cases



GLOUCESTER COUNTY
Deputy Clerk of the Superior Court
Civil Case Management, Attn: Intake
Court House
1 North Broad Street, P.O. Box 129
Woodbury, NJ 08096
(856) 242-4080
LAWYER REFERRAL
(856) 848-5858
LEGAL SERVICES
(856) 848-5360

HUNTERDON COUNTY
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Hunterdon County Justice Center
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

MERCER COUNTY
Deputy Clerk of the Superior Court
Local Filing Office, Civil Division
175 S. Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

MIDDLESEX COUNTY
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

MORRIS COUNTY
Deputy Clerk of the Superior Court
Civil Division
Administration & Records Building
P.O. Box 910
Morristown, NJ 07963-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

OCEAN COUNTY
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

PASSAIC COUNTY
Deputy Clerk of the Superior Court
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

SALEM COUNTY
Deputy Clerk of the Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 935-5360
LEGAL SERVICES
(856) 451-0003

SOMERSET COUNTY
Deputy Clerk of the Superior Court
Somerset County Judicial Center
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

SUSSEX COUNTY
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

UNION COUNTY
Deputy Clerk of the Superior Court
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

WARREN COUNTY
Deputy Clerk of the Superior Court
Civil Division Office
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 267-5882
LEGAL SERVICES
(908) 475-2010

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT
## (CIS)



Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
if information above the black bar is not completed
or attorney's signature is not affixed

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME<br>Mark S. Nathan, Esquire | TELEPHONE NUMBER<br>(856) 232-5559 | COUNTY OF VENUE<br>Camden |
|---|---|---|
| FIRM NAME (If applicable)<br>LAW OFFICE OF MARK S. NATHAN | | DOCKET NUMBER (when available)<br>L-3188-17 |
| OFFICE ADDRESS<br>Washington Professional Campus<br>900 Route 168, Suite F-3<br>Turnersville, New Jersey 08012 | | DOCUMENT TYPE<br>Complaint & Certifications |
| | | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Plaintiffs, Arthur Thompson and<br>Diane Thompson | CAPTION<br>ARTHUR THOMPSON and DIANE THOMPSON, his wife v.<br>GREYHOUND LINES, INC.; JOHN/JANE DOES 1-10, Fictitious<br>Persons; and ABC CORPORATIONS 1-10, Fictitious Corp., et al |
|---|---|
| CASE TYPE NUMBER<br>(See reverse side for listing)<br>605 | HURRICANE SANDY<br>RELATED?<br>☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW<br>REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING?<br>☐ Yes  ■ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ Yes  ■ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>Self-Insured - Gallagher Bassett ☐ NONE<br>☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR<br>RECURRENT RELATIONSHIP?<br>☐ Yes  ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☐ BUSINESS |
|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES  ■ No |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR
ACCELERATED DISPOSITION

| | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ Yes  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ Yes  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be
redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151 NAME CHANGE
175 FORFEITURE
302 TENANCY
399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502 BOOK ACCOUNT (debt collection matters only)
505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
506 PIP COVERAGE
510 UM or UIM CLAIM (coverage issues only)
511 ACTION ON NEGOTIABLE INSTRUMENT
512 LEMON LAW
801 SUMMARY ACTION
802 OPEN PUBLIC RECORDS ACT (summary action)
999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
305 CONSTRUCTION
509 EMPLOYMENT (other than CEPA or LAD)
599 CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605 PERSONAL INJURY
610 AUTO NEGLIGENCE – PROPERTY DAMAGE
621 UM or UIM CLAIM (includes bodily injury)
699 TORT – OTHER

### Track III - 450 days' discovery
005 CIVIL RIGHTS
301 CONDEMNATION
602 ASSAULT AND BATTERY
604 MEDICAL MALPRACTICE
606 PRODUCT LIABILITY
607 PROFESSIONAL MALPRACTICE
608 TOXIC TORT
609 DEFAMATION
616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617 INVERSE CONDEMNATION
618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303 MT. LAUREL
508 COMPLEX COMMERCIAL
513 COMPLEX CONSTRUCTION
514 INSURANCE FRAUD
620 FALSE CLAIMS ACT
701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 292 | PELVIC MESH/BARD |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 282 | FOSAMAX | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287 | YAZ/YASMIN/OCELLA | 300 | TALC-BASED BODY POWDERS |
| 289 | REGLAN | 601 | ASBESTOS |
| 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION | 623 | PROPECIA |
| 291 | PELVIC MESH/GYNECARE | 624 | STRYKER LFIT CoCr V40 FEMORAL HEADS |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

Please check off each applicable category    ☐ Putative Class Action       ☐ Title 59

LAW OFFICE OF MARK S. NATHAN
Washington Professional Campus
900 Route 168, Suite F-3
Turnersville, New Jersey 08012
(856)232-5559
By: Mark S. Nathan, Esquire
Attorney I.D. No. 019691985
Attorney for Plaintiff

| | | |
|---|---|---|
| ARTHUR THOMPSON and DIANE THOMPSON, his wife | : | SUPERIOR COURT OF NEW JERSEY CAMDEN COUNTY LAW DIVISION |
| Plaintiffs, | : | |
| v. | : | DOCKET NO. *L-3188-17* |
| GREYHOUND LINES, INC.; JOHN/JANE DOES 1-10, Fictitious Persons; and ABC CORPORATIONS 1-10, Fictitious Corporations, j/s/a, | : | Civil Action COMPLAINT, JURY DEMAND AND CERTIFICATIONS |
| Defendants. | : | |

Plaintiffs, ARTHUR THOMPSON and DIANE THOMPSON, by way of Complaint against the Defendants, GREYHOUND LINES, INC., JOHN/JANE DOES 1-10, Fictitious Persons and ABC CORPORATIONS, Fictitious Corporations, say as follows:

<u>COUNT I</u>

1.  Plaintiffs, ARTHUR THOMPSON and DIANE THOMPSON, are adult individuals, who at all times material hereto resided at 6173 Irving Avenue, in the Township of Pennsauken, County of Camden and State of New Jersey.

2.  Defendant, GREYHOUND LINES, INC., is a corporation with its headquarters at 350 North Saint Paul Street, Suite 300, Dallas, Texas, doing business in New Jersey and whose business consists of <u>inter alia</u> transportation services.

3.   Defendants, JOHN/JANE DOES 1-10 and/or ABC CORPORATIONS 1-10, are fictitious names used to designate as of yet unknown or unidentified parties to this action.  Plaintiff hereby reserves the right to substitute the name(s) of the actual party(ies) if and when the identity(ies) of said individual(s) or business(es) is/are obtained.

4.   On or about August 26, 2015, Plaintiff, ARTHUR THOMPSON, a disabled person, who at the time was utilizing a wheelchair, was a passenger on Defendant, GREYHOUND LINES, INC.'s bus at the Mount Laurel (Burlington County), State of New Jersey Greyhound Bus Station.

5.   At the aforesaid time and place, the bus driver was in the process of lowering Plaintiff, ARTHUR THOMPSON's wheelchair (with Plaintiff in it) on a lift, in order that Plaintiff, ARTHUR THOMPSON, might exit the bus.

6.   At the aforesaid time and place, the Greyhound bus driver (acting in the scope of his employment with Defendant, GREYHOUND LINES, INC.) negligently performed his duties such that he caused the wheelchair to be tilted and Plaintiff, ARTHUR THOMPSON, to fall from it and become injured.

7.   Defendant, GREYHOUND LINES, INC., by and through its employees, agents and servants, including its bus driver, owed a duty of care to Plaintiff, ARTHUR THOMPSON, including the duty to enable him to exit the subject bus in a reasonably safe fashion.

8.   In addition, Defendant, GREYHOUND LINES, INC., may have

been negligent in among other things:

    a.   failing to have appropriate equipment to enable Plaintiff, a disabled person, to safely exit the bus;

    b.   failing to properly maintain the bus and its component parts;

    c.   failing to properly train and/or supervise its bus driver; and

    d.   was otherwise negligent.

9.  Defendants, JOHN/JANE DOES 1-10, and ABC CORPORATIONS 1-10, are fictitious designations for others who may be legally responsible to Plaintiff, ARTHUR THOMPSON, including, but not limited to, the operator of the bus, and other companies who may have owned the bus or owed Plaintiff, ARTHUR THOMPSON, a duty of care.

10.  As a direct and proximate cause of Defendants' aforesaid negligence, wrongful conduct (or legal liability), the subject accident occurred and Plaintiff, ARTHUR THOMPSON, sustained various and diverse injuries and damages.

11.  Plaintiff, ARTHUR THOMPSON's damages as a result of the Defendants' conduct and/or legal responsibility as aforesaid, include, but are not limited to, pain and suffering, permanent injury, limitations on life's pleasures, pecuniary losses, including lost wages, and unreimbursed medical expenses, which have been incurred or will be incurred in the future.

WHEREFORE, Plaintiff, ARTHUR THOMPSON, demands judgment in

his favor and against the Defendants, individually, severally and in the alternative, for such sums as would reasonably and properly compensate him in accordance with the laws of the State of New Jersey, together with interest, attorney's fees and costs of suit.

## COUNT II

12.  Plaintiffs, ARTHUR THOMPSON and DIANE THOMPSON, reiterate all prior paragraphs as if set forth herein at length.

13.  At all relevant times, Plaintiff, DIANE THOMPSON, was and is the wife of Plaintiff, ARTHUR THOMPSON.

14.  As a direct and proximate result of the negligence of the Defendants as aforesaid, and as a result of the injuries suffered by the Plaintiff, ARTHUR THOMPSON, Plaintiff, DIANE THOMPSON, had and will in the future suffer the loss of his usual services, relations and consortium, as well as his love, solace and affections.

WHEREFORE, the Plaintiff, DIANE THOMPSON, demands judgment in her favor and against the Defendants for such sums as would reasonably and properly compensate her in accordance with the laws of the State of New Jersey, together with interest, attorney's fees and costs of suit.

LAW OFFICE OF MARK S. NATHAN

MARK S. NATHAN, ESQUIRE
Attorney for Plaintiffs

Dated: August 8, 2017

## JURY DEMAND

Plaintiffs, ARTHUR THOMPSON and DIANE THOMPSON, hereby demand a trial by jury as to all issues so triable.

LAW OFFICE OF MARK S. NATHAN

MARK S. NATHAN, ESQUIRE
Attorney for Plaintiffs

Dated: August 8, 2017

## DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

Plaintiffs hereby demand answers to Uniform Interrogatory Forms C, C(1) and D, if applicable within the appropriate time period described in R. 4:17-4.

LAW OFFICE OF MARK S. NATHAN

MARK S. NATHAN, ESQUIRE
Attorney for Plaintiffs

Dated: August 8, 2017

## CERTIFICATION PURSUANT TO CIVIL PRACTICE RULE 4:5-1

Pursuant to the provisions of R.4:5-1, the undersigned hereby certifies to the best of his knowledge, information and belief that:

1.   The matter in controversy is not the subject of any other proceeding.

2.   There is no other action or arbitration contemplated.

3.   There are no other parties who should be joined in the matter in controversy.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

LAW OFFICE OF MARK S. NATHAN

Dated: August 8, 2017

MARK S. NATHAN, ESQUIRE
Attorney for Plaintiffs

Law Office of Mark S. Nathan
Washington Professional Campus
900 Route 168, Suite F-3
Turnersville, New Jersey 08012




Greyhound Lines, Inc.
350 North Saint Paul Street, Suite 300
Dallas, TX ~~75206~~ 75201

```
CAMDEN COUNTY
SUPERIOR COURT
HALL OF JUSTICE
CAMDEN          NJ 08103
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (856) 379-2200
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:  AUGUST 16, 2017
                        RE:     THOMPSON VS GREYHOUND LINES INC
                        DOCKET: CAM L -003188 17

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS    300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON FRANCISCO DOMINGUEZ

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     302
AT:  (856) 379-2200 EXT 3080.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                ATT: MARK S. NATHAN
                                MARK S. NATHAN
                                900 ROUTE 168
                                SUITE F3
                                TURNERSVILLE     NJ 08012
JUAXT5
```

