IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ARTHUR THOMPSON and<br>DIANE THOMPSON, his wife, | : <br> : <br> : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : <br> : | Civil Action No. 1:17-CV-07376 |
| v. | : <br> : | **ORDER** |
| GREYHOUND LINES, INC.,<br>JOHN/JANE DOES 1-10,<br>Fictitious Persons; and<br>ABC CORPORATIONS 1-10,<br>Fictitious Corporations, j/s/a, | : <br> : <br> : <br> : <br> : <br> : | |
| Defendants. | : | |

This matter is before the Court on Defendants' Motion to Remand to the Superior Court of New Jersey Camden County Law Division.

The Court has reviewed Defendants' submissions and notes that Plaintiff has not opposed the Motion.

The Court finds:

1. On or about August 21, 2017, Plaintiff instituted this personal injury action alleging damages from a fall that occurred on August 26, 2015 at the Mt. Laurel Greyhound bus station.

2. Moving Defendants removed the case to this Court pursuant to 28 U.S.C. § 1446(d) on September 22, 2017.

3. A suggestion of bankruptcy was filed by Plaintiff on October 17, 2017 effectively staying this matter until recently when new counsel entered his appearance on June 26, 2018.

4. On July 31, 2018, the parties entered into a Stipulation to Limit Plaintiffs' Potential Recovery to $75,000 or less.

5. Under 28 U.S.C. § 1441, in a lawsuit involving a dispute between citizens of different States, the matter in controversy must exceed the sum or value of $75,000.

6. In light of the Stipulation limiting any potential recovery to $75,000 or less, the parties have requested that this Court remand this matter from Federal Court to State Court.

For good cause shown,

IT IS ORDERED this 23rd day of October, 2018 that Defendants' Motion to Remand [Doc. 8] is hereby GRANTED.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.